GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (134180)
Robin B. Howard (110280)
Robert V. Prongay (270796)
Joshua L. Crowell (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
Anne L. Box (224354)
John T. Jasnoch (281605)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | No. CV 12-6492-GW(CWx) |
|---|---|
| | **ORDER OF DISMISSAL WITH PREJUDICE** |

JS-6

WHEREAS, plaintiffs submitted a Corrected Consolidated Complaint (the "Complaint") on December 27, 2012 (Dkt. No. 19);

WHEREAS, defendants filed a motion to dismiss the Complaint (the "Motion") on February 11, 2013 (Dkt. No. 22);

WHEREAS, following the parties' briefing and oral argument on the Motion, the Court entered an order granting the Motion and dismissing the Complaint without prejudice (the "Order") on May 2, 2013 (Dkt. No. 34);

WHEREAS, the Court granted plaintiffs leave to file an amended complaint within 45 days from the date of the Order, *i.e.*, June 17, 2013;

WHEREAS, after conducting further investigation, plaintiffs have determined not to file an amended complaint and to dismiss the captioned action with prejudice;

WHEREAS, the parties have stipulated and agreed that each party should bear its own costs and attorneys' fees, and that no party asserts or contends that any of the other parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure; and

WHEREAS, the parties have stipulated and agreed that the captioned action, and each claim for relief asserted therein, shall be dismissed with prejudice;

THEREFORE, IT IS HEREBY ORDERED THAT the captioned action, and each claim for relief asserted therein, shall be dismissed, with prejudice and without costs or attorneys' fees under any federal or state law. The case is hereby closed and all scheduled dates are struck from the Court's calendar.

Date:  June 19, 2013

_____
The Hon. George H. Wu
United States District Judge

[Proposed] Order of Dismissal with Prejudice
Case No. CV 12-6492-GW(CWx)                                                          1